PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
Eliazar Ortiz-Mendoza

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    vs.<br>Eliazar Ortiz Mendoza<br>        Defendant. | CASE NO. 2:12-cr-00270-JAM<br><br>STIPULATION FOR PRE-PLEA REPORT |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Daniel McConkie, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Eliazar Ortiz-Mendoza , that a pre plea report be prepared for defendant Eliazar Ortiz-Mendoza. The parties have conferred with the United States Probation Office and have been informed that report can be prepared by the next court date of April 30, 2013.

                                                    Respectfully Submitted,

Dated:  March 15, 2013                              /s/ Preciliano Martinez
                                                    Preciliano Martinez
                                                    Attorney for Defendant
                                                    ELIAZAR ORTIZ MENDOZA

Dated:  March 15, 2013                              /s/ Daniel McConkie
                                                    Daniel McConkie
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that a pre-plea report be prepared for defendant Eliazar Ortiz-Mendoza by the next court date of April 30, 2013.

Dated:  3/18/2013                                         /s/ John A. Mendez
                                                          John A. Mendez
                                                          U.S. District Court Judge