1

PRECILIANO MARTINEZ
ATTORNEY AT LAW

2

State Bar No. 93253
801 15th St, Suite F

3

Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

4

5

Attorney for Defendant
ELIAZAR ORTIZ-MENDOZA

6

7

UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

UNITED STATES OF AMERICA,

11

Plaintiff,

12

vs.

13

ELIAZAR ORTIZ-MENDOZA,

14

Defendant.

15

16

)
)   CASE NO. 2:12-cr-00270-JAM
)
)   STIPULATION TO CONTINUE STATUS
)   CONFERENCE
)
)   Date: February 4, 2014
)   Time: 9:45a.m.
)   Honorable John A. Mendez
)

17

18

        IT IS HEREBY STIPULATED by and between Assistant United States Attorney Olusere

19

Olowoyeye, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant

20

Eliazar Ortiz-Mendoza, that the status conference date scheduled for December 3, 2013, at 9:45

21

a.m. be vacated for this defendant only, and a status conference be scheduled for February 4,

22

2014, at 9:45a.m., with respect to this defendant only.  The court is advised that counsel have

23

conferred about this  request that they have agreed to the court date of  February 4, 2014, and

24

that Mr. Olowoyeye has authorized Preciliano Martinez to sign this stipulation on his behalf.

25

//

26

27

28

1

1    The parties agree and stipulate that time should be excluded under 18U.S.C. § 3161 (h)

2    (7)(B)(iv)  up to and including February 4, 2014, the ends of justice are served by a granting an

3    exclusion of time, outweighing the best interests of the public & the defendant in a speedy trial.

4

5

6                                                        Respectfully Submitted,

7

8    Dated:  November 26, 2013                    /s/ Preciliano Martinez
                                                   Preciliano Martinez
9                                                  Attorney for Defendant
                                                   Eliazar Ortiz Mendoza
10

11   Dated:  November 26, 2013                    /s/ Olusere Olowoyeye
                                                   Assistant U.S. Attorney
12                                                 Attorney for Plaintiff

13

14

15

16                                      **ORDER**

17       Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court

18   that the current December 3, 2013, status conference is hereby vacated, with respect to this

19   defendant only, and a status conference for this defendant only be set for February 4, 2014 at

20   9:45 a.m.

21

22   Dated:   11/26/2013                          /s/ John A. Mendez_____
                                                   John A. Mendez
23                                                 U.S. District Court Judge

24

25

26

27

28

2