PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14$^h$ St, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ELIAZAR ORTIZ-MENDOZA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CASE NO. 2:12-cr-00270-JAM |
| Plaintiff,            ) | |
| vs.                    ) | STIPULATION ORDER  TO CONTINUE |
|                                 ) | STATUS CONFERENCE |
| ELIAZAR ORTIZ-MENDOZA,          ) | |
| Defendant.            ) | Date: March 18, 2014 |
|                                 ) | Time: 9:45a.m. |
|                                 ) | Honorable John A. Mendez |
|                                 ) | |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Olusere Olowoyeye, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Eliazar Ortiz-Mendoza, that the status conference date scheduled for February 4, 2014, at 9:45 a.m. be vacated for this defendant only, and a status conference be scheduled for March 18, 2014, at 9:45a.m., with respect to this defendant only. The parties need further time for completion of investigation. The court is advised that counsel have conferred about this request that they have agreed to the court date of  March 18, 2014, and that Mr. Olowoyeye has authorized Preciliano Martinez to sign this stipulation on his behalf.

    The parties agree and stipulate that time should be excluded under 18U.S.C. § 3161 (h)(7)(B)(iv)  up to and including March 18, 2014, for completion of investigation, the ends of

justice are served by a granting an exclusion of time, outweighing the best interests of the public & the defendant in a speedy trial.

Respectfully Submitted,

Dated:  January 28, 2014                                /s/ Preciliano Martinez
                                                        Preciliano Martinez
                                                        Attorney for Defendant
                                                        Eliazar Ortiz Mendoza

Dated:  January 28, 2014                                /s/ Olusere Olowoyeye
                                                        Assistant U.S. Attorney
                                                        Attorney for Plaintiff

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current February 4, 2014, status conference is hereby vacated, with respect to this defendant only, and a status conference for this defendant only be set for March 18, 2014.

Dated: 1/28/2014                                        /s/ John A. Mendez
                                                        John A. Mendez
                                                        U.S. District Court Judge

2