PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14$^h$ St, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ELIAZAR ORTIZ-MENDOZA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>ELIAZAR ORTIZ-MENDOZA,<br>　　　　Defendant. | CASE NO. 2:12-cr-00270-JAM<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE<br><br>Date: April 29, 2014<br>Time: 9:45a.m.<br>Honorable John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Olusere Olowoyeye, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Eliazar Ortiz-Mendoza, that the status conference date scheduled for March 18, 2014, at 9:45 a.m. be vacated for this defendant only, and a status conference be scheduled for April 29, 2014, at 9:45a.m., with respect to this defendant only. As per the courts request to due to Honorable Mendez will not be available. The court is advised that counsel have conferred about this request that they have agreed to the court date of April 29, 2014, and that Mr. Olowoyeye has authorized Preciliano Martinez to sign this stipulation on his behalf.

The parties agree and stipulate that time should be excluded under 18U.S.C. §

1

3161 (h) (7)(B)(iv)  up to and including April 29, 2014, for completion of investigation, the ends of justice are served by a granting an exclusion of time, outweighing the best interests of the public & the defendant in a speedy trial.

Respectfully Submitted,

Dated:  January 28, 2014         /s/ Preciliano Martinez  
                                 Preciliano Martinez  
                                 Attorney for Defendant  
                                 Eliazar Ortiz Mendoza

Dated:  January 28, 2014         /s/ Olusere Olowoyeye  
                                 Assistant U.S. Attorney  
                                 Attorney for Plaintiff

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current March 18, 2014, status conference is hereby vacated, with respect to this defendant only, and a status conference for this defendant only be set for April 29, 2014 at 9:45 a.m.

Dated: 2/26/2014                 /s/ John A. Mendez  
                                 John A. Mendez  
                                 U.S. District Court Judge