PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th Street, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ELIAZAR ORTIZ-MENDOZA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  vs.<br>ELIAZAR ORTIZ-MENDOZA,<br>    Defendant. | CASE NO. 2:12-cr-00270-JAM<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE<br><br>Date:  June 10, 2014<br>Time: 9:30a.m.<br>Honorable John A. Mendez |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Olusere Olowoyeye, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Eliazar Ortiz-Mendoza, that the status conference date scheduled for April 29, 2014, at 9:45 a.m. be vacated for this defendant only, and a status conference be scheduled for June 10, 2014, at 9:30a.m. A plea agreement was received on April 16, 2014, however, Mr. Martinez has been in a jury trial in Merced County that began on April 15, 2014. Further time is needed for Mr. Martinez to review the plea agreement with his client and a Spanish interpreter. Due to Mr. Martinez' trial calendar we are requesting the date of June 10, 2014. The Court is advised that counsel have conferred about this request that they have agreed to the court date of June

10, 2014, and that Mr. Olowoyeye has authorized Preciliano Martinez to sign this stipulation on his behalf.

The parties agree and stipulate that time should be excluded under 18U.S.C. § 3161 (h)(7)(B)(iv) up to and including June 10, 2014, to review the plea agreement with the client and a Spanish interpreter, the ends of justice are served by a granting an exclusion of time, outweighing the best interests of the public & the defendant in a speedy trial.

Respectfully Submitted,

Dated: April 24, 2014  /s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
Eliazar Ortiz Mendoza

Dated: April 24, 2014  /s/ Olusere Olowoyeye
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current April 29, 2014, status conference is hereby vacated and a status conference for this defendant is set for June 10, 2014.

Dated: April 24, 2014

/s/ John A. Mendez
John A. Mendez
U.S. District Judge